

FILED
CLERK, U.S. DISTRICT COURT

MAY – 2 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>KRISTOPHER NATHAN BOUTIN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>Ø1757<br>2:19-MJ-~~01715~~-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __May 3_____, __2019_____, at __2:00_____ ☐a.m. / ☒p.m. before the Honorable __JOHN D. EARLY_____, in Courtroom __6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __May 2, 2019_____

_____
JOHN D. EARLY
U.S. Magistrate Judge